EXHIBIT 3



February 4, 2025

Geoffrey A. Belzer
312-821-6116 (Direct)
773-556-3355 (Mobile)
Geoffrey.Belzer@wilsonelser.com

Jonathan N. Bond
Michael J. Leizerman
The Law Firm for Truck Safety, LLP
3232 Executive Parkway, Suite 106
Toledo OH 43606
 jon@truckaccidents.com
michael@truckaccidents.com

   **Re:**        ***Boehne, et. al. v. C.H. Robinson, BLF Truck Transportation, et. al.***
                 **U.S.D.C. S. Dist. of Ohio, Western Div., Dayton Case No.: 3:23-cv-00158**
                 **Wilson Elser File No.: 5854.167**

Dear Counsel,

As you know, Wilson Elser represents C.H. Robinson Worldwide, Inc. ("C.H. Robinson") in the above-referenced matter.

During the course of preparing a Reply Brief to *Plaintiff's Supplement in Support of Motion to Compel* (and specifically to investigate what the Brief reported regarding your discussions with Hoss Hernandez, counsel for BLF Truck Transportation, Inc. "BLF"), we asked C.H. Robinson to conduct a search of its records to determine if it had any record of a load that was to be picked up at or near Bryant, Indiana on December 24, 2022.  This was a request for a new search, different than prior searches undertaken by C.H. Robinson to attempt to identify all loads contracted with BLF for, both before (and after) the events giving rise to suit.

C.H. Robinson informed us on February 3, 2025 that, it had, in fact, located a record identifying load #421253680 which BLF was originally scheduled to move from Bryant, IN to Auburn, IN, but subsequently cancelled.   C.H. Robinson's notes further indicate that that HERNNICO of C.H. Robinson canceled the load in C.H. Robinson's system on December 24, 2022 at 13:43 Central Time.  C.H. Robinson's system further provides "Carrier Name; blf truck transportation carrier cancelled load.  Rep will Follow Up.  Callers Name/Number (305) 463-7288."

C.H. Robinson subsequently contracted with East K Express, LLC to deliver the load and the load was delivered on December 27, 2022.  Attached please find the *Contract Addendum and Carrier Load Confirmation* between C.H. Robinson and BLF and the same document for East K Express, LLC.  C.H. Robinson is looking for any/all other information regarding this load and we will provide any additional information C.H. Robinson locates.

Your supplemental brief states in part "C.H. Robinson has taken the position that it cannot be held liable because, according to C.H. Robinson, at the time of the crash, Rocubert was not involved in transporting a C.H. Robinson load because he had already dropped off that load hours earlier." While I think that is an over-simplification of C.H. Robinson's position to date (and does not include the federal preemption

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Madison, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

2

argument C.H. Robinson has also asserted and will continue to assert in its defense of this matter), I think that position still holds true despite the above, as, even if Mr. Rocubert was on his way to pick up a load at the time of the events giving rise to suit, he was traveling without a loaded trailer and had not received any cargo.

That, of course, is a discussion we can defer for another day.  The relevant question is how the newly-discovered information impacts your prior discovery requests to C.H. Robinson, C.H. Robinson's response to those requests and your outstanding Motion to Compel.

I would propose that we jointly agree to an extension of 14 days for C.H. Robinson to file its Response Brief to your Supplemental Brief so that we can process this new information together and determine if we can come to an agreement on the discovery currently in dispute.  I would also like an opportunity to speak with Mr. Hernandez, who I left a voice-mail message for earlier today.

Further, to the extent that you believe it is beneficial to inform the Court of the reason why we require the additional 14 days, I am glad to convene a discussion with the Court at its earliest convenience.

I am glad to discuss this matter further.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER**

Geoffrey A. Belzer

Cc: All counsel of record