# EXHIBIT 4

## DeVos, Michele

| | |
|---|---|
| **From:** | Habic, Michael C. |
| **Sent:** | Tuesday, February 25, 2025 11:16 AM |
| **To:** | Kim Koechley; Belzer, Geoffrey A.; Jonathan Bond; Michael Leizerman |
| **Cc:** | Santos, Onelia; Cononico, Vincent E.; McGowan, Stephanie V.; Cononico, Vincent E.; Schiferl, Kevin C.; DeVos, Michele; Hawkins-Yokley, Kaitlyn O.; Bailey, Sherry; Coniglen, Jean M. |
| **Subject:** | RE: Boehne, etc., et al. v. C.H. Robinson Worldwide, Inc., et al. |
| **Attachments:** | Load Notes 421253680(308817496.1).xlsx; CH Robinson Document Production Bates 000104-000122.pdf |

Good morning all,

Attached please find supplemental discovery from CH Robinson.

Jon, upon receipt and review please give me a call to discuss. Thanks.

Michael C. Habic
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603
312.706.3004 (Direct)
574.612.1347 (Cell)
312.704.0550 (Main)
312.704.1522 (Fax)
michael.habic@wilsonelser.com

---

**From:** Kim Koechley <kim@truckaccidents.com>
**Sent:** Tuesday, February 4, 2025 3:37 PM
**To:** Belzer, Geoffrey A. <Geoffrey.Belzer@wilsonelser.com>; Jonathan Bond <jon@truckaccidents.com>; Michael Leizerman <michael@truckaccidents.com>
**Cc:** Santos, Onelia <OOSantos@MDWCG.com>; Cononico, Vincent E. <VECononico@MDWCG.com>; Habic, Michael C. <Michael.Habic@wilsonelser.com>; McGowan, Stephanie V. <smcgowan@fbtlaw.com>; Cononico, Vincent E. <VECononico@MDWCG.com>; Schiferl, Kevin C. <kschiferl@fbtlaw.com>; DeVos, Michele <Michele.DeVos@wilsonelser.com>; Hawkins-Yokley, Kaitlyn O. <khawkinsyokley@fbtlaw.com>; Bailey, Sherry <sbailey@fbtlaw.com>; Coniglen, Jean M. <jconiglen@fbtlaw.com>
**Subject:** RE: Boehne, etc., et al. v. C.H. Robinson Worldwide, Inc., et al.

> **EXTERNAL EMAIL** This email originated from outside the organization.

Attached please find correspondence from Michael Leizerman.

## Kim M. Koechley

PARALEGAL TO MICHAEL LEIZERMAN & JON BOND

The Law Firm for Truck Safety

 800.628.4500

 888.838.8828

 kim@truckaccidents.com

🔗 www.truckaccidents.com





**From:** Belzer, Geoffrey A. <Geoffrey.Belzer@wilsonelser.com>
**Sent:** Tuesday, February 4, 2025 12:15 PM
**To:** Jonathan Bond <jon@truckaccidents.com>; Michael Leizerman <michael@truckaccidents.com>
**Cc:** Santos, Onelia <OOSantos@MDWCG.com>; Cononico, Vincent E. <VECononico@MDWCG.com>; Habic, Michael C. <Michael.Habic@wilsonelser.com>; McGowan, Stephanie V. <smcgowan@fbtlaw.com>; Cononico, Vincent E. <VECononico@MDWCG.com>; Schiferl, Kevin C. <kschiferl@fbtlaw.com>; DeVos, Michele <Michele.DeVos@wilsonelser.com>; Hawkins-Yokley, Kaitlyn O. <khawkinsyokley@fbtlaw.com>; Bailey, Sherry <sbailey@fbtlaw.com>; Coniglen, Jean M. <jconiglen@fbtlaw.com>; Kim Koechley <kim@truckaccidents.com>
**Subject:** RE: Boehne, etc., et al. v. C.H. Robinson Worldwide, Inc., et al.

Counsel,

Please see the attached correspondence bearing today's date.

I am glad to discuss.

Geoff

Geoffrey Belzer
Wilson Elser
55 West Monroe Street
Suite 3800
Chicago IL 60603
Direct: 312-821-6116
Mobile: 773-556-3355

**From:** Kim Koechley <kim@truckaccidents.com>
**Sent:** Monday, February 3, 2025 12:31 PM
**To:** Cononico, Vincent E. <VECononico@MDWCG.com>; Santos, Onelia <OOSantos@MDWCG.com>
**Cc:** Jonathan Bond <jon@truckaccidents.com>; Michael Leizerman <michael@truckaccidents.com>; Habic, Michael C. <Michael.Habic@wilsonelser.com>; McGowan, Stephanie V. <smcgowan@fbtlaw.com>; Cononico, Vincent E. <VECononico@MDWCG.com>; Schiferl, Kevin C. <kschiferl@fbtlaw.com>; Belzer, Geoffrey A. <Geoffrey.Belzer@wilsonelser.com>; DeVos, Michele <Michele.DeVos@wilsonelser.com>; Hawkins-Yokley, Kaitlyn O. <khawkinsyokley@fbtlaw.com>; Bailey, Sherry <sbailey@fbtlaw.com>; Coniglen, Jean M. <jconiglen@fbtlaw.com>
**Subject:** Boehne, etc., et al. v. C.H. Robinson Worldwide, Inc., et al.

> **EXTERNAL EMAIL** This email originated from outside the organization.

Attached please find *Plaintiffs' First Set of Interrogatories, Requests for Production of Documents and Requests for Admission Directed to Defendant Unique Freight Carriers, Inc.*

**Kim M. Koechley**

PARALEGAL TO MICHAEL LEIZERMAN &
JON BOND

The Law Firm for Truck Safety

📞 800.628.4500
📠 888.838.8828
✉ kim@truckaccidents.com
🔗 www.truckaccidents.com





IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.