UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARY JOAN BOEHNE, *et al.*,

    Plaintiffs,

vs.

C.H. ROBINSON WORLDWIDE, INC., *et al.*,

    Defendants.

Case No. 3:23-cv-158

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING PROPOSED INTERVENOR AMERICAN ECONOMY INSURANCE COMPANY'S UNOPPOSED MOTION TO INTERVENE (Doc. No. 63); AND (2) DIRECTING THE PROPOSED INTERVENOR TO FILE ITS COMPLAINT ON OR BEFORE MAY 12, 2025**

---

This civil case is before the Court upon proposed Intervenor American Economy Insurance Company's unopposed motion to intervene in this matter as a Plaintiff.  Doc. No. 63.  Plaintiffs advised the Court that they take no position in response to the motion to intervene.  Doc. No. 70 at PageID 726.  For good cause shown, and in the absence of opposition,[1] the Court (1) **GRANTS** proposed Intervenor's motion to intervene pursuant to Fed. R. Civ. P. 24; and (2) **DIRECTS** proposed Intervenor to file its complaint on the docket on or before **May 12, 2025**.

    **IT IS SO ORDERED.**

May 2, 2025                             s/*Michael J. Newman*
                                                    Hon. Michael J. Newman
                                                    United States District Judge

---

[1] Defendants have not responded to or opposed proposed Intervenor's motion to intervene, and the time for doing so has expired.  *See* S.D. Ohio Civ. R. 7.2(a)(2).