**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION**

| | |
|---|---|
| **MARY JOAN BOEHNE**<br>Individually and as Personal Representative of the<br>Estate of Baby Boy Boehne, deceased and the<br>Estate of Jeremy David Ralph Boehne, deceased,<br><br>and<br><br>**DAVID L. HAHN**<br>Individually and as Personal Representative of the<br>Estate of Karen M. Boehne, deceased and the<br>Estate of Lauren M. Hahn, deceased,<br><br>and<br><br>**AMY M. ROSS**<br>Individually and as Personal Representative of the<br>Estate of Kimberly A. Siegrist, deceased,<br><br>      Plaintiffs,<br><br>v.<br><br>**C.H. ROBINSON WORLDWIDE, INC.,<br>WALMART, INC., UNIQUE FREIGHT<br>CARRIERS, INC., PAPI BRICHE, LLC, BLF<br>TRUCK TRANSPORTATION, LLC,** and<br>**DAYREN ROCUBERT,**<br><br>      Defendants. | Case No.: 3:23-cv-00158-MJN-CHG<br><br><br>Judge Michael J. Newman<br>Magistrate Judge Caroline H. Gentry<br><br><br><br>**AMERICAN ECONOMY<br>INSURANCE COMPANY'S<br>MOTION TO EXCUSE<br>MEDIATION SUBMISSION AND<br>EXCUSE COMPLIANCE WITH<br>AMENDED CASE SCHEDULING<br>ORDER** |
| _____<br><br>**AMERICAN ECONOMY INSURANCE<br>COMPANY**;<br><br>      Petitioner,<br><br>v.<br><br>**MARY JOAN BOEHNE,** Individually and as<br>Personal Representative of the Estate of Baby Boy<br>Boehne, deceased and the Estate of Jeremy David<br>Ralph Boehne, deceased; **DAVID L. HAHN,**<br>Individually and as Personal Representative of the<br>Estate of Karen M. Boehne, deceased and the<br>Estate of Lauren M Hahn, deceased; **AMY M.<br>ROSS,** Individually and as Personal Representative<br>of the Estate of Kimberly A. Siegrist, deceased; | |

**C.H. ROBINSON WORLDWIDE, INC..;**
**UNIQUE FREIGHT CARRIERS, INC.; PAPI**
**BRICHE; LLC, BLF TRUCK**
**TRANSPORTATION, LLC;** and **DAYREN**
**ROCUBERT,**

       Respondents.

NOW COMES Petitioner, American Economy Insurance Company ("American Economy"), by and through its attorneys, and for its Motion to Excuse Mediation Submission And Excuse Compliance With Amended Case Scheduling Order, states as follows:

1.     On May 2, 2025, the Court granted American Economy's Unopposed Motion to Intervene. [ECF #90]. On May 13, 2025, American Economy filed its Intervenor Complaint. [ECF #94]. Defendant Unique Freight Carriers, Inc. ("Unique") filed its Answer on May 16, 2025 [ECF #95]; All Plaintiffs filed their Answer on May 27, 2025 [ECF #96]; and Defendant C.H. Robinson Worldwide, Inc. ("CH Robinson") filed its Answer on May 28, 2025 [ECF #97].

2.     American Economy filed its Complaint to protect its subrogation and indemnification interest as American Economy is entitled to recover from other parties and any applicable insurers the $300,000 in uninsured motorist benefits American Economy paid to the Estates of Jeremy David Ralph Boehne, Karen M. Boehne, and Baby Boy Boehne, pursuant to the terms of the American Economy Policy. [ECF #94, ¶ 2].

3.     In the September 30, 2025 Order, the Court referred this matter to United States Magistrate Judge Peter B. Silvain, Jr., for mediation on November 10, 2025. [ECF #109, ECF #110]. The mediation is set to proceed via Zoom.

4.     The Court also directed that each party shall submit the court-approved *ex parte* mediation conference statement directly to Judge Silvain's Chambers and directed that, unless

excused by the Court, the parties or party representatives with complete authority to negotiate a settlement of the case shall attend the mediation session. [ECF #110].

5.      American Economy requests that the Court enter an order not requiring American Economy to submit a mediation conference statement. American Economy intervened in this action solely to protect its subrogation and indemnity interests relative to the $300,000 in uninsured motorist benefits American Economy paid to the Estates of Jeremy David Ralph Boehne, Karen M. Boehne, and Baby Boy Boehne, pursuant to the terms of the American Economy Policy. Thus, American Economy seeks approval for it to participate in the mediation only in the capacity necessary to facilitate productive settlement discussions and to protect these interests.

6.      Similarly, on September 10, 2025, the Court entered an order directed at the active litigants amending the case scheduling order. [ECF #107].  American Economy likewise requests that the Court order that American Economy is excused from complying with these deadlines.

7.      American Economy circulated this Motion to all active litigants seeking the parties' consent to the relief requested herein.  Counsel for all Plaintiffs advised that Plaintiffs have no objection.  Counsel for Defendant C.H. Robinson advised that C.H. Robinson has no objection. Counsel for Defendant Unique advised that if American Economy agrees to participate in the mediation via Zoom, Unique consents to American Economy's excusal from submitting a mediation statement and from compliance with the September 10, 2025 scheduling order.

WHEREFORE, American Economy Insurance Company respectfully requests that the Court enter an Order:

(a) excusing American Economy from submitting a mediation conference statement; and

(b) stating that American Economy is excused from the deadlines set in the September

10, 2025 case scheduling order.


Dated: October 31, 2025                    Respectfully Submitted,



                                           /s/ Alex B. Mahler

                                           ALEX B. MAHLER (0103113)
                                           NICOLAIDES FINK THORPE MICHAELIDES
                                           SULLIVAN LLP
                                           10 S. Wacker, 36th Floor
                                           Chicago, IL 60606
                                           (312) 585-1400 * Fax (312) 585-1401
                                           amahler@nicolaidesllp.com
                                           *Lead Counsel for Intervenor American Economy
                                           Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2025, a true and correct copy of the foregoing was electronically served on the following via email:

Vincent E. Cononico (0063331)
Marshall Dennehey, P.C.
127 Public Sq., Suite 3510
Cleveland, Ohio 44114
216-912-3821
vecononico@mdwcg.com
*Counsel for Defendant Unique Freight Carriers*

Geoffrey A. Belzer
Wilson Elser Moskowitz Edelman & Dicker, LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603
Geoffrey.belzer@wilsonelser.com
*Attorney for Defendant C.H. Robinson Worldwide, Inc.*

Jonathan N. Bond (0096696)
Michael Jay Leizerman (0063945)
The Law Firm for Truck Safety, LLP
3232 Executive Parkway, Suite 106
Toledo, OH 43606
Phone: (800) 628-400
Fax: (888) 838-8828
jon@truckaccidents.com
michael@truckaccidents.com
*Attorneys for Plaintiffs*