# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MARY JOAN BOEHNE, *et al.*, | : | Case No. 3:23-cv-158 |
| | : | |
| Plaintiffs, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : | (mediation referral) |
| | : | |
| C.H. ROBINSON WORLDWIDE, INC., | : | |
| *et al.*, | : | |
| | : | |
| Defendants. | | |

## **ORDER**

This case is before the Court upon Intervenor Plaintiff American Economy Insurance Company's Motion to Excuse Mediation Submission and Excuse Compliance with Amended Scheduling Order. (Doc. #115).

Intervenor Plaintiff American Economy Insurance Company requests the Court enter an order not requiring it to submit a mediation conference statement and excusing it from complying with the deadlines in the amended case scheduling order. (Doc. #115, *PageID* #1230).

Intervenor Plaintiff American Economy Insurance Company's request to be excused from submitting a mediation conference statement is hereby **DENIED**. To allow Intervenor Plaintiff American Economy Insurance Company adequate time to prepare its statement, Intervenor Plaintiff shall submit the *ex parte* mediation conference statement <u>directly</u> to Judge Silvain's chambers (via email at Silvain_Chambers@ohsd.uscourts.gov) no later than **5:00 p.m.** on **November 4, 2025**. Mediation statements shall <u>not</u> be exchanged with other parties. Mediation statements are <u>not</u> to be filed on the Court's docket. These statements will be maintained by the Court separate and apart from the case file.

Additionally, representatives for Intervenor Plaintiff American Economy Insurance Company with complete authority to negotiate a settlement of the case are required to attend the mediation session.

Intervenor Plaintiff American Economy Insurance Company's request to be excused from complying with the deadlines in the amended case scheduling order remains pending before United States District Judge Michael J. Newman and United States Magistrate Judge Caroline H. Gentry.

**IT IS SO ORDERED**.

November 3, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge