# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| MARY JOAN BOEHNE, *et al.*, | Case No. 3:23-cv-00158 |
| Plaintiffs, | District Judge Michael J. Newman |
| | Magistrate Judge Caroline H. Gentry |
| vs. | |
| C.H. ROBINSON WORLDWIDE, INC., *et al.*, | |
| Defendants. | |

## ORDER

This matter is before the Court on Intervenor Plaintiff American Economy Insurance Company's ("American Economy") Motion to Excuse Mediation Submission and Excuse Compliance with Amended Case Scheduling Order ("Motion," Doc. No. 115). American Economy asks the Court to enter an order not requiring it to submit a mediation conference statement and excusing it from complying with the deadlines in the September 10, 2025 Amended Scheduling Order (Doc. No. 107). (*Id.* at PageID 1230-31.)

In an Order dated November 3, 2025, United States Magistrate Judge Peter B. Silvain, Jr. denied American Economy's request to be excused from submitting a mediation conference statement. (Doc. No. 116.) American Economy's request to be excused from complying with the deadlines in the Amended Scheduling Order remains pending.

For the reasons discussed in American Economy's Motion (Doc. No. 115), and for good cause shown, the Court **GRANTS** American Economy's request to be excused from the deadlines set in the September 10, 2025 Amended Scheduling Order (Doc. No. 107).

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge